1   Matthew Franklin Jaksa (CA State Bar No. 248072)
2   HOLME ROBERTS & OWEN LLP
    560 Mission Street, 25th Floor
3   San Francisco, CA  94105-2994
    Telephone:  (415) 268-2000
4   Facsimile:   (415) 268-1999
    Email:       matt.jaksa@hro.com
5
6   Attorneys for Plaintiffs,
    BMG MUSIC; CAPITOL RECORDS,
7   INC.; UMG RECORDINGS, INC.; and
    SONY BMG MUSIC ENTERTAINMENT
8
9                UNITED STATES DISTRICT COURT
10              NORTHERN DISTRICT OF CALIFORNIA
                _____ DIVISION
11

12  BMG MUSIC, a New York general partnership;        CV NO. 08
13  CAPITOL RECORDS, INC., a Delaware                          1044
    corporation; UMG RECORDINGS, INC., a
14  Delaware corporation; and SONY BMG MUSIC          CERTIFICATION OF INTERESTED
    ENTERTAINMENT, a Delaware general                 ENTITIES OR PERSONS
15  partnership,

16                    Plaintiffs,
17
        v.
18
19  JOHN DOE,
                    Defendant.
20
21
22
23
24
25
26
27
28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35643 v1

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

2  associations of persons, firms, partnerships, corporations (including parent corporations) or other

3  entities (i) have a financial interest in the subject matter in controversy or in a party to the

4  proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

5  substantially affected by the outcome of this proceeding:

6     The following companies are parents of, or partners in Plaintiff BMG MUSIC: Ariola

7  Eurodisc LLC; USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;

8  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;

9  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded. Sony

10  Corporation is publicly traded in the U.S.

11     The following companies are parents of, or partners in Plaintiff CAPITOL RECORDS, INC.:

12  Capitol-EMI Music Inc.; EMI Group North America Holdings, Inc.; EMI Group International BV;

13  EMI Group Holdings BV; EMI Group International Holdings Ltd.; EMI Group Worldwide Ltd.;

14  Virgin Music Group Ltd.; and EMI Group Limited.

15     The following companies are parents of, or partners in Plaintiff UMG RECORDINGS, INC.:

16  Polygram Holding, Inc.; Universal Music Group, Inc.; Vivendi Holding I Corp.; Vivendi Holdings

17  Company; Vivendi Holding S.A.S.; SPC S.A.S.; and Vivendi S.A., of which only Vivendi S.A. is

18  publicly traded. Vivendi S.A. is publicly traded in France.

19     The following companies are parents of, or partners in Plaintiff SONY BMG MUSIC

20  ENTERTAINMENT:  USCO Holdings Inc.; BeSo Holding LLC; Sony Music Entertainment Inc.;

21  Bertelsmann Music Group; Bertelsmann, Inc.; Arista Holding, Inc.; Zomba US Holdings, Inc.;

22

23

24

25

26

27

28

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35643 v1

1  Bertelsmann AG; and Sony Corporation, of which only Sony Corporation is publicly traded.  Sony

2  Corporation is publicly traded in the U.S.

4  Dated:     February 21, 2008                    HOLME ROBERTS & OWEN LLP

6                                                  By _____

7                                                     MATTHEW FRANKLIN JAKSA
                                                       Attorney for Plaintiffs
8                                                      BMG MUSIC; CAPITOL RECORDS, INC.;
                                                       UMG RECORDINGS, INC.; and SONY BMG
9                                                      MUSIC ENTERTAINMENT

2

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. _____
#35643 v1