1  Matthew Franklin Jaksa (CA State Bar No. 248072)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
3  San Francisco, CA  94105-2994
   Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:  matt.jaksa@hro.com
5
6  Attorneys for Plaintiffs,
   BMG MUSIC; CAPITOL RECORDS,
7  INC.; UMG RECORDINGS, INC.; and
   SONY BMG MUSIC ENTERTAINMENT
8
9              UNITED STATES DISTRICT COURT
               NORTHERN DISTRICT OF CALIFORNIA
10                    _____ DIVISION
11

12  BMG MUSIC, a New York general partnership;    CASE NO. CV 08 1044
13  CAPITOL RECORDS, INC., a Delaware
    corporation; UMG RECORDINGS, INC., a
14  Delaware corporation; and SONY BMG MUSIC       [PROPOSED] ORDER GRANTING
    ENTERTAINMENT, a Delaware general              PLAINTIFFS' *EX PARTE* APPLICATION
15  partnership,                                   FOR LEAVE TO TAKE IMMEDIATE
                                                   DISCOVERY
16              Plaintiffs,
17
        v.
18
19  JOHN DOE,
                Defendant.
20

[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION
Case No. _____
#35646 v1

Upon the Plaintiffs' *Ex Parte* Application for Leave to Take Immediate Discovery, the Declaration of Carlos Linares, and the accompanying Memorandum of Law, it is hereby:

ORDERED that Plaintiffs may serve immediate discovery on University of California, Santa Cruz to obtain the identity of Defendant John Doe by serving a Rule 45 subpoena that seeks documents that identify Defendant John Doe, including the name, current (and permanent) address and telephone number, e-mail address, and Media Access Control addresses for Defendant. The disclosure of this information is ordered pursuant to 20 U.S.C. § 1232g(b)(2)(B).

IT IS FURTHER ORDERED THAT any information disclosed to Plaintiffs in response to the Rule 45 subpoena may be used by Plaintiffs solely for the purpose of protecting Plaintiffs' rights under the Copyright Act.

DATED: _____  By:_____
                                          United States District Judge