IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BMG Music, et al., | NO. C 08-01044 JW |
|       Plaintiffs, <br> v. <br> Alexandra Kraft, <br>       Defendant. | **ORDER GRANTING PLAINTIFF'S APPLICATION TO EXTEND TIME TO SERVE** |

Plaintiffs BMG Music, Capitol Records Inc., UMG Recordings, Inc., and Sony BMG Music Entertainment (collectively, "Plaintiffs") filed a Complaint on February 21, 2008, alleging infringement of federal copyright law against a "Doe Defendant." (Docket Item No. 1.) On June 12, 2008, Plaintiffs filed a First Amended Complaint, in which they replaced Defendant Doe with Defendant Alexandra Kraft. (Docket Item No. 9.) Plaintiffs now seek to extend time to serve Defendant.

Pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, if a defendant is not served within 120 days after the complaint is filed, the court must dismiss the action without prejudice or order that service be made within a specified time. However, if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. Fed. R. Civ. P. 4(m).

In this case, to determine the identity of the Doe Defendant, Plaintiffs engaged in early discovery soon after filing their original Complaint. (Plaintiff's Motion to Extend Time to Serve Defendant ¶ 1, Docket Item No. 11.) On April 23, 2008, Plaintiffs discovered the identity of

Defendant, and Plaintiffs made several attempts over the month of May to contact Defendant to settle the dispute. (Id. ¶ 2.) Having received no response, Plaintiffs filed their First Amended Complaint on June 12, 2008 in which they named Alexandra Kraft as Defendant. The Court finds good cause to extend time to serve Defendant because Plaintiffs diligently attempted to locate and negotiate with Defendant..

Accordingly, the Court GRANTS Plaintiffs' Motion to Extend Time to Serve. Plaintiffs shall serve Defendant with the Summons and the Complaint on or before **July 25, 2008**.

Dated: June 27, 2008

JAMES WARE
United States District Judge

**THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

Dawniell Alise Zavala dawniell.zavala@hro.com
Matthew Franklin Jaksa matt.jaksa@hro.com

| | |
|---|---|
| **Dated:  June 27, 2008** | **Richard W. Wieking, Clerk** |
| | **By:   /s/ JW Chambers**<br>       **Elizabeth Garcia**<br>       **Courtroom Deputy** |