```
1   Dawniell Zavala (State Bar No. 253130)
    HOLME ROBERTS & OWEN LLP
2   560 Mission Street, 25th Floor
    San Francisco, CA 94105-2994
3   Telephone:  (415) 268-2000
4   Facsimile:  (415) 268-1999
    Email:      dawniell.zavala@hro.com
5
    Attorneys for Plaintiffs,
6   BMG MUSIC; CAPITOL RECORDS, LLC;
7   UMG RECORDINGS, INC.; and SONY
    BMG MUSIC ENTERTAINMENT
8
9                   UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF CALIFORNIA
10                        SAN JOSE DIVISION
11
12  BMG MUSIC, a New York general        CASE NO. 5:08-CV-01044-JW
    partnership; CAPITOL RECORDS, LLC, a
13  Delaware limited liability company; UMG   Honorable James Ware
    RECORDINGS, INC., a Delaware
14  corporation; and SONY BMG MUSIC       STIPULATION TO EXTEND TIME TO
    ENTERTAINMENT, a Delaware general     RESPOND TO COMPLAINT AND
15  partnership,                          [PROPOSED] ORDER
16
17                  Plaintiffs,
18      v.
19  ALEXANDRA KRAFT,
20
                    Defendant.
21
22
23
24
25
26
27
28
```

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
Case No. 5:08-cv-01044-JW
#38977 v1

1    Defendant Alexandra Kraft ("Defendant") was served with the Summons and Complaint on
2  June 28, 2008, by substituted service. Plaintiffs and Defendant, each through their counsel, hereby
3  stipulate to extend the time in which Defendant has to answer or otherwise respond to the Complaint
4  for thirty (30) days to August 18, 2008.
5
6  Dated: July 24, 2008                                    HOLME ROBERTS & OWEN LLP
7
8                                                          By: _____
                                                               DAWNIELL ALISE ZAVALA
9                                                              Attorney for Plaintiffs
10
11 Dated: July 24, 2008                                    DAN HERNS
12
13                                                         By: _____
                                                               DAN HERNS
14                                                             Attorney for Defendant
15
16
17 **IT IS ORDERED** that Defendant's time to answer or otherwise respond to the Complaint be
18 extended to August 18, 2008.
19 Dated: _____                                   By: _____
                                                               Honorable James Ware
20                                                             United States District Judge
21
...
28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
Case No. 5:08-cv-01044-JW
#38977 v1