```
1  Dawniell Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA 94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:  (415) 268-1999
   Email:      dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   BMG MUSIC; CAPITOL RECORDS, LLC;
7  UMG RECORDINGS, INC.; and SONY
   BMG MUSIC ENTERTAINMENT
8
```

**IT IS SO ORDERED**
*James Ware*
Judge James Ware

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ALEXANDRA KRAFT,<br><br>　　　　Defendant. | CASE NO. 5:08-CV-01044-JW<br><br>Honorable James Ware<br><br>**STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER** |

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
Case No. 5:08-cv-01044-JW
#38977 v1

1  Defendant Alexandra Kraft ("Defendant") was served with the Summons and Complaint on
2  June 28, 2008, by substituted service. Plaintiffs and Defendant, each through their counsel, hereby
3  stipulate to extend the time in which Defendant has to answer or otherwise respond to the Complaint
4  for thirty (30) days to August 18, 2008.
5
6  Dated: July 24, 2008                        HOLME ROBERTS & OWEN LLP
7
8                                              By: _____
                                                   DAWNIELL ALISE ZAVALA
9                                                  Attorney for Plaintiffs
10
11 Dated: July 24, 2008                        DAN HERNS
12
13                                             By: _____
                                                   DAN HERNS
14                                                 Attorney for Defendant
15
16
17 **IT IS ORDERED** that Defendant's time to answer or otherwise respond to the Complaint be
18 extended to August 18, 2008.
19 Dated: July 30, 2008                        By: _____
                                                   Honorable James Ware
20                                                 United States District Judge
21
22
23
24
25
26
27
28

STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT AND [PROPOSED] ORDER
Case No. 5:08-cv-01044-JW
#38977 v1