Dawniell Alise Zavala (State Bar No. 253130)
HOLME ROBERTS & OWEN LLP
560 Mission Street, 25th Floor
San Francisco, CA  94105-2994
Telephone:  (415) 268-2000
Facsimile:   (415) 268-1999
Email:         dawniell.zavala@hro.com

Attorneys for Plaintiffs,
BMG MUSIC; CAPITOL RECORDS, LLC;
UMG RECORDINGS, INC.; and SONY
BMG MUSIC ENTERTAINMENT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership,<br><br>Plaintiffs,<br><br>v.<br><br>ALEXANDRA KRAFT,<br><br>Defendant. | CASE NO. 5:08-CV-01044-JW<br><br>Honorable James Ware<br><br>***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER** |

1        Plaintiffs respectfully request that the Court continue the case management conference
2   currently set for August 18, 2008, at 10:00 a.m., to November 17, 2008.  As further explained below,
3   Defendant Alexandra Kraft ("Defendant") has not appeared in this action.  Therefore, a case
4   management conference is unnecessary at this time.

5        1.    Plaintiffs have not requested and the court has not ordered any previous continuances
6   of the case management conference in this matter.

7        2.    Plaintiffs initially filed the Complaint in this matter against a John Doe defendant.  In
8   order to discover the Doe defendant's true identity, Plaintiffs also filed an *Ex Parte* Application for
9   Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on
10  Defendant's Internet Service Provider ("ISP"), in this case the University of California, Santa Cruz.
11  Once the court granted the discovery order, Plaintiffs then served a subpoena on the ISP, which
12  thereafter identified the Defendant, Alexandra Kraft.

13       3.    Once the ISP identified Defendant, Plaintiffs sent her a letter on May 7, 2008
14  notifying her of Plaintiffs' claims and encouraging her to contact Plaintiffs and attempt to amicably
15  resolve this matter.  Defendant did not respond to this letter.  Accordingly, on June 12, 2008,
16  Plaintiffs filed the First Amended Complaint naming Ms. Kraft individually as the Defendant.

17       4.    Defendant was served with process on June 28, 2008, by substitute service.
18  Defendant has not answered or otherwise responded to the Complaint, but has retained an attorney to
19  represent her in this matter.  On July 24, 2008, Plaintiffs' counsel and Defendant's counsel filed a
20  stipulation extending Defendant's time to respond to the Complaint for thirty days, to August 18,
21  2008.

22       5.    The parties are currently engaged in settlement negotiations.  If a settlement is
23  reached in the next few weeks, Plaintiffs will file appropriate dispositional documents with the
24  Court.  If a settlement cannot be reached, Plaintiffs will file a request for entry of clerk's default if
25  Defendant does not respond to this action by August 18, 2008, or will continue litigating this matter
26  if Defendant does file a response.

27       6.    Given the circumstances of this case, there is no need for a case management
28  conference at this time.  Therefore, Plaintiffs respectfully request that the Court continue the case

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 5:08-cv-01044-JW
#39170 v1

1 management conference from August 18, 2008, at 10:00 a.m., to November 17, 2008, or such other
2 date as conveniences the Court.
3 Dated:  August 5, 2008                                         HOLME ROBERTS & OWEN LLP

By:  _____*/s/ Dawniell Alise Zavala*___
  DAWNIELL ALISE ZAVALA
  Attorney for Plaintiffs

## [PROPOSED] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for August 18, 2008, at 10:00 a.m., be continued to November 17, 2008.

Dated: _____      By: _____
  Honorable James Ware
  United States District Judge

---

*EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No. 5:08-cv-01044-JW
#39170 v1

# PROOF OF SERVICE

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On August 5, 2008, I served the foregoing document described as:

**EX PARTE APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Alexandra Kraft
> 5355 N. McCall
> Clovis, CA  93619

X   BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X   (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 5, 2008 at San Francisco, California.

_____
Molly Morris

*PROOF OF SERVICE*
Case No. 5:08-cv-01044-JW
#39170 v1