1  Dawniell Alise Zavala (State Bar No. 253130)
   HOLME ROBERTS & OWEN LLP
2  560 Mission Street, 25th Floor
   San Francisco, CA  94105-2994
3  Telephone:  (415) 268-2000
4  Facsimile:   (415) 268-1999
   Email:       dawniell.zavala@hro.com
5
6  Attorneys for Plaintiffs,
   BMG MUSIC; CAPITOL RECORDS, LLC;
7  UMG RECORDINGS, INC.; and SONY
   BMG MUSIC ENTERTAINMENT
8

*IT IS SO ORDERED AS MODIFIED*
*Judge James Ware*

9                UNITED STATES DISTRICT COURT
                NORTHERN DISTRICT OF CALIFORNIA
10                     SAN JOSE DIVISION
11

12 | BMG MUSIC, a New York general partnership; CAPITOL RECORDS, LLC, a Delaware limited liability company; UMG RECORDINGS, INC., a Delaware corporation; and SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership, | CASE NO. 5:08-CV-01044-JW

Honorable James Ware

***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER**

Plaintiffs,

v.

ALEXANDRA KRAFT,

Defendant.

---

Plaintiffs respectfully request that the Court continue the case management conference currently set for August 18, 2008, at 10:00 a.m., to November 17, 2008. As further explained below, Defendant Alexandra Kraft ("Defendant") has not appeared in this action. Therefore, a case management conference is unnecessary at this time.

1. Plaintiffs have not requested and the court has not ordered any previous continuances of the case management conference in this matter.

2. Plaintiffs initially filed the Complaint in this matter against a John Doe defendant. In order to discover the Doe defendant's true identity, Plaintiffs also filed an *Ex Parte* Application for Leave to Take Immediate Discovery seeking the Court's permission to serve a Rule 45 subpoena on Defendant's Internet Service Provider ("ISP"), in this case the University of California, Santa Cruz. Once the court granted the discovery order, Plaintiffs then served a subpoena on the ISP, which thereafter identified the Defendant, Alexandra Kraft.

3. Once the ISP identified Defendant, Plaintiffs sent her a letter on May 7, 2008 notifying her of Plaintiffs' claims and encouraging her to contact Plaintiffs and attempt to amicably resolve this matter. Defendant did not respond to this letter. Accordingly, on June 12, 2008, Plaintiffs filed the First Amended Complaint naming Ms. Kraft individually as the Defendant.

4. Defendant was served with process on June 28, 2008, by substitute service. Defendant has not answered or otherwise responded to the Complaint, but has retained an attorney to represent her in this matter. On July 24, 2008, Plaintiffs' counsel and Defendant's counsel filed a stipulation extending Defendant's time to respond to the Complaint for thirty days, to August 18, 2008.

5. The parties are currently engaged in settlement negotiations. If a settlement is reached in the next few weeks, Plaintiffs will file appropriate dispositional documents with the Court. If a settlement cannot be reached, Plaintiffs will file a request for entry of clerk's default if Defendant does not respond to this action by August 18, 2008, or will continue litigating this matter if Defendant does file a response.

6. Given the circumstances of this case, there is no need for a case management conference at this time. Therefore, Plaintiffs respectfully request that the Court continue the case

1  management conference from August 18, 2008, at 10:00 a.m., to November 17, 2008, or such other
2  date as conveniences the Court.

3  Dated: August 5, 2008                    HOLME ROBERTS & OWEN LLP

5                                           By: _____/s/ Dawniell Alise Zavala___
                                                  DAWNIELL ALISE ZAVALA
6                                                 Attorney for Plaintiffs

## [P~~ROPOSE~~D] ORDER

Good cause having been shown:

**IT IS ORDERED** that the case management conference currently set for August 25, 2008, at 10:00 a.m., be continued to **October 27, 2008 at 10 a.m.**

Dated: August 11, 2008            By: _____/s/ James Ware_____
                                       Honorable James Ware
                                       United States District Judge

**PROOF OF SERVICE**

STATE OF CALIFORNIA, CITY AND COUNTY OF SAN FRANCISCO

I am employed in the office of Holme Roberts & Owen in San Francisco, California. I am over the age of eighteen years and not a party to the within action. My business address is 560 Mission Street, 25th Floor, San Francisco, CA 94105.

On August 5, 2008, I served the foregoing document described as:

***EX PARTE* APPLICATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**

on the interested party in this action by placing a true and correct copy thereof enclosed in a sealed envelope addressed as follows:

> Alexandra Kraft
> 5355 N. McCall
> Clovis, CA 93619

X       BY MAIL: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at San Francisco, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

X       (FEDERAL) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on August 5, 2008 at San Francisco, California.

*[signature]*
———————————————
Molly Morris

*PROOF OF SERVICE*
Case No. 5:08-cv-01044-JW
#39170 v1